AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>GANG CHEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       21-mj-1011-DLC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/17/2017, 3/25/2019 & 4/15/2019  in the county of  Middlesex  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 31 U.S.C. §§ 5314 & 5322 | Failing to File Report of Foreign Bank and Financial Accounts |
| 18 U.S.C. § 1001(a)(2) | Making False Statements to the Agency of the United States Government |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Matthew McCarthy.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew McCarthy, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/13/2021

*Judge's signature*

City and state:   Boston, MA                Hon. Donald L. Cabell
*Printed name and title*